■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOYCE KRUTICK BARLOW, Appellant, v WARDEN, MEN'S HOUSE OF DETENTION, Respondent.— Judgment, Supreme Court, New York County, entered on February 26, 1975, unanimously affirmed. The case is remitted to the Supreme Court, New York County for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Birns, J. P., Silverman, Lane, Yesawich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIANA WILLIAMS, Defendant-Appellant.—Judgment, Supreme Court, New York County, rendered on May 18, 1976, unanimously affirmed. Application by appellant's counsel to withdraw is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Lupiano, Fein, Markewich and Sullivan, JJ.

■ In the Matter of VIVIAN BAILEY v WARDEN.—Petition for issuance of a writ of habeas corpus inquiring into the cause of imprisonment of Kenneth Bailey, and further requesting that he be admitted to bail pending sentencing and appeal, that section 70.06 of the Penal Law be declared unconstitutional and that the statement of predicate felony conviction relating to Kenneth Bailey be stayed, denied in all respects. Concur— Kupferman, J. P., Lupiano, Fein, Markewich and Sullivan, JJ.